■ The People of the State of New York, Respondent, v Norgado Vazquez, Appellant. [993 NYS2d 903]—Judgment of resentence, Supreme Court, New York County (Gregory Carro, J.), rendered March 21, 2012, resentencing defendant to an aggregate term of 15 years, with five years' postrelease supervision, unanimously affirmed.

The resentencing proceeding imposing a term of postrelease supervision was neither barred by double jeopardy nor otherwise unlawful (*see People v Lingle*, 16 NY3d 621 [2011]), and we perceive no basis for reducing the term imposed. Concur—Gonzalez, P.J., Mazzarelli, Andrias, DeGrasse and Clark, JJ.

■ John D. McKay, Appellant, v Diane Westwood Wilson et al., Defendants, and Clyde & Co. US LLP et al., Respondents. [993 NYS2d 903]—

Order, Supreme Court, New York County (Saliann Scarpulla, J.), entered February 11, 2014, which granted the motion of defendants Clyde & Co US LLP and Clyde & Co LLP (collectively Clyde & Co.) to compel arbitration and stayed the instant litigation pending the arbitration, unanimously affirmed, without costs.

When plaintiff commenced employment with Clyde & Co., he executed an acknowledgment wherein he agreed to be bound by the policies set forth in the firm's employee handbook. Among the policies clearly set forth was the requirement that plaintiff arbitrate all claims or causes of action against the firm through a mandatory dispute resolution program. Accordingly, the motion court correctly determined that plaintiff, who is an experienced attorney, agreed to mandatory arbitration of any claims arising from his employment and correctly stayed the instant proceeding during the pendency of the arbitration (*see generally Greenfield v Philles Records*, 98 NY2d 562, 569 [2002]).

We have considered plaintiff's remaining arguments and find them unavailing. Concur—Gonzalez, P.J., Mazzarelli, Andrias, DeGrasse and Clark, JJ.